KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-1857
Facsimile:   (202) 307-0054
E-mail: boris.kukso@usdoj.gov

Of Counsel:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant.<br>_____<br><br>UNITED STATES OF AMERICA,<br>    Counterclaim Plaintiff,<br><br>        v.<br><br>DON JAY BLUNT,<br>    Counterclaim Defendant,<br><br>        and<br><br>JENNIFER PELLIGRINO (formerly JENNIFER OLIVAS)<br>    Additional Counterclaim Defendant. | Civil No. 2:12-cv-2191-RCJ-NJK<br><br>**NOTICE OF BANKRUPTCY AND JOINT REQUEST FOR ORDER STAYING CASE AND EXTENDING DEADLINES**<br><br><u>**AS AMENDED PAGE 3**</u> |

Defendant and Counterclaim Plaintiff United States of America (the "United States"),

and Plaintiff and Counterclaim Defendant Don J. Blunt ("Blunt"), through their respective counsel, hereby file this NOTICE OF BANKRUPTCY and JOINT REQUEST FOR ORDER STAYING CASE AND EXTENDING DEADLINES.

On December 24, 2012, Blunt filed a complaint seeking a refund of federal income taxes and disputing the Internal Revenue Service's assessments made against Blunt under 26 U.S.C. § 6672. ECF No. 1. On March 1, 2013, the United States filed its Answer and Counterclaim against Blunt. ECF No. 9. On March 22, 2013 the United States filed its Amended Answer and Counterclaims against Blunt and against Jennifer Olivas (Pellegrino). ECF No. 11.

On April 2, 2013, Counterclaim Defendant Jennifer Olivas (Pellegrino) filed a voluntary petition under Chapter 7 of the Bankruptcy Code (11 U.S.C) in the United States Bankruptcy Court of District of Nevada, case No. 13-12765-bam (the "Bankruptcy Petition"). Pursuant to 11 U.S.C. § 362(a), filing of a bankruptcy petition operates as a stay of, among other things, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor." 11 U.S.C. § 362(a)(1).

The Bankruptcy Petition was filed on April 2, 2013, after the United States named Jennifer Olivas (Pellegrino) as an additional counterclaim defendant in this case, but before she was served with the Counterclaim. No scheduling order has been issued in the case.

The undersigned attorney for the United States has contacted Ms. Olivas' bankruptcy counsel and will inform the Court if and when the automatic stay is lifted in respect to this matter.

WHEREFORE, the United States and Blunt request that this matter be stayed and all

pending deadlines be extended until the bankruptcy stay is lifted or modified so as to allow this matter to proceed against Ms. Olivas (Pellegrino). Counsel for the United States will notify the Court within 14 days of any change in status.

Respectfully submitted on April 22, 2013.

| | |
|---|---|
| KATHRYN KENEALLY<br>Assistant Attorney General<br><br>/s/ Boris Kukso<br>BORIS KUKSO<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br><br>Of Counsel:<br>DANIEL G. BOGDEN<br>United States Attorney<br><br>*Attorneys for The United States of America* | LEWIS BRISBOIS BISGAARD & SMITH LLP<br><br>/s/ Jeffrey B. Setness<br>JEFFREY B. SETNESS, ESQ.<br>Nevada Bar No. 2820<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Telephone Office: (702) 893-3383<br>Telephone Direct: (702) 693-1715<br>Facsimile: (702) 893-3789<br>E-Mail: jsetness@lbbslaw.com<br><br>*Attorney for Don Jay Blunt* |

## ORDER

Pursuant to Title 11, United States Code Section 362,

IT IS HEREBY ORDERED that this matter is stayed and all pending deadlines are extended until the automatic stay in Case No. 13-12765-bam currently pending in the United States Bankruptcy Court of District of Nevada is lifted or modified so as to allow this matter to proceed against Ms. Olivas (Pellegrino).

The Parties shall notify the Court as soon as the stay in Case No. 13-12765-bam is lifted or modified so as to allow this matter to proceed.

Dated: April 23, 2013

_____
NANCY J. KOPPE
US Magistrate Judge

**CERTIFICATE OF SERVICE**

  It is hereby certified that service of the foregoing **UNITED STATES' AMENDED ANSWER AND COUNTERCLAIMS** has been made April 22, 2013 by placing copies in the United States Mail addressed to the following:

JEFFREY B. SETNESS, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

*Attorney for Don Jay Blunt*

Christopher G. Gellner
528 South Casino Center Boulevard
Suite 305
Las Vegas, NV 89101

*Attorney for Jennifer Olivas (Pellegrino)*

           /s/ *Boris Kukso*
           BORIS KUKSO
           Trial Attorney, Tax Division
           United States Department of Justice