```
LEWIS BRISBOIS BISGAARD & SMITH LLP
JEFFREY B. SETNESS
Nevada State Bar No. 2820
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
E-Mail: jeffrey.setness@lewisbrisbois.com
Telephone:  (702) 893-3383
Facsimile:  (702) 893-3789
```

Attorneys for Plaintiff and Counterclaim Defendant:
Don Jay Blunt

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br><br>      Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO.: 2:12-cv-02191-JAD-NJK<br><br>STIPULATION TO SUBSTITUTE ATTORNEYS FOR PLAINTIFF AND COUNTER-CLAIM DEFENDANT DON JAY BLUNT AND [PROPOSED] COURT ORDER<br>(LOCAL RULE 10-6(c)) |
| UNITED STATES OF AMERICA,<br><br>      Counterclaim Plaintiff,<br><br>vs.<br><br>DON JAY BLUNT, JENNIFER DIANE OLIVAS aka JENNIFER DIANE PELLIGRINO,<br><br>      Counterclaim Defendants. | |

      In accordance with Rule 10-6(c) of the Local Rules of Practice for the United States District Court for the District of Nevada, the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby files this Stipulation to Substitute Attorneys and Proposed Order:

BLUNT'S SUBSTITUTION OF ATTORNEYS - 1

On Monday, January 20, 2014, Jeffrey B. Setness will be leaving the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP and on Tuesday January 21, 2014 Jeffrey B. Setness will be joining the law firm of FABIAN & CLENDENIN.

Effective January 21, 2014, Plaintiff and Cross Defendant DON JAY BLUNT nominates Jeffrey B. Setness of the law firm of Fabian and Clendenin to represent him in the above-entitled action, in place and instead of Jeffrey B. Setness of the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP.

Dated this 20 day of January 2014.

_____
DON JAY BLUNT

Effective January 21, 2014, on behalf of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP. I agree to the substitution of JEFFREY B. SETNESS, ESQ. of the law firm of FABIAN & CLENDENIN to represent Plaintiff and Counter Claim Defendant DON JAY BLUNT in the above-entitled action in place and instead of the law firm of LEWIS BRISBOIS BISGAARD & SMITH, LLP.

Dated this 20th day of January, 2013.

_____
DARRELL D. DENNIS, ESQ.
Lewis Brisbois Bisgaard & Smith LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

///

///

///

///

BLUNT'S SUBSTITUTION OF ATTORNEYS - 2

Effective January 21, 2014, I hereby agree to accept this substitution to represent Plaintiff and Counter Claim Defendant DON JAY BLUNT.

Dated this 20th day of January 2014.

_____
JEFFREY B. SETNESS, ESQ.
FABIAN & CLENDENIN
10655 Park Run Drive, Suite 130
Las Vegas, Nevada 89144

## ORDER

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

DATED this 29th day of January, 2014.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

BLUNT'S SUBSTITUTION OF ATTORNEYS - 3