UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DON JAY BLUNT, | ) ) ) | |
| Plaintiff(s), | ) ) | 2:12-cv-02191-JAD-NJK |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | **O R D E R** |
| Defendant(s). | ) ) ) | |

This matter is before the court on Plaintiff's Substitution of Counsel (Docket No. 40) filed March 13, 2014. Plaintiff Don Jay Blunt, seeks to substitute Terry A. Coffing, Esq., of the law firm Marquis Aurbach Coffing, P.C. in the place and stead of Jeffry B. Setnes, Esq., of the law firm Fabian & Clendenin P.C., as attorney for Plaintiff Blunt in this matter.

Local Rule IA 10-6(b) provides that no attorney may withdraw after appearing in this case except by leave of court after notice is served on the affected client and opposing counsel. Local Rule IA 10-6(c) specifies the manner in which a stipulation to substitute attorneys shall be presented and provides that the attorneys' stipulation to substitute "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or any court order." Subparagraphs (d) and (e) explicitly provide that discharge, withdrawal, or substitution of an attorney shall not alone be reason for delay of pretrial proceedings, discovery, or trial, and that except for

1  good cause shown, no withdrawals will be approved if delay would result.

2  Accordingly, having reviewed and considered the matter,

3  **IT IS ORDERED** that Plaintiff's Substitution of Counsel (Docket No. 40) to substitute
4  Terry A. Coffing, Esq., of the law firm Marquis Aurbach Coffing, P.C. in the place and stead of
5  Jeffry B. Setnes, Esq., of the law firm Fabian & Clendenin P.C., as attorney for Plaintiff Blunt in this
6  matter is **GRANTED**, subject to the provisions of LR IA 10-6(d) and (e).

8  DATED: March 14, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge