**Marquis Aurbach Coffing**
Terry A. Coffing, Esq.
Nevada Bar No. 4949
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
tcoffing@maclaw.com
crenka@maclaw.com
  *Attorneys for Plaintiff/Counterdefendant*
  *Don Jay Blunt*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br><br>                           Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>                           Defendant. | Case No.: 2:12-CV-02191-JAD-NJK<br><br>**STIPULATION AND ORDER TO STAY CASE PENDING RESOLUTION OF OFFER IN COMPROMISE**<br><br>**(FIFTH REQUEST)** |
| UNITED STATES OF AMERICA,<br><br>                           Counterclaimant,<br>    vs.<br><br>DON JAY BLUNT, JENNIFER DIANE OLIVAS aka JENNIFER DIANE PELLIGRINO,<br><br>                           Counterdefendants. | |

Pursuant to LR 7-1, Plaintiff/Counterdefendant Don Jay Blunt ("Blunt"), by and through his attorneys of record, Terry Coffing, Esq. and Candice E. Renka, Esq.; Defendant/Counterclaimant United States of America ("USA"), through its attorney of record, Lindsay L. Clayton, Esq.; and Counterdefendant, Jennifer Diane Olivas aka Jennifer Diane Pelligrino ("Olivas"), by and through her attorney, Christopher G. Gellner, Esq., (collectively,

the "Parties") hereby stipulate to stay the case pending resolution of offer in compromise as follows.

1. Blunt has submitted to the Internal Revenue Service ("IRS") an offer in compromise to resolve this and other related tax liabilities.

2. If the IRS accepts the offer in compromise and it is approved by the Department of Justice ("DOJ"), this litigation is likely to be entirely resolved.

3. Because Blunt, the IRS, and the DOJ are attempting to resolve the issues in this lawsuit as well as related issues outside of this lawsuit, additional time is needed to evaluate the offer in compromise.

4. On May 13, 2014, the Court entered an order upon a stipulation of the Parties to stay the case 120 days pending resolution of Blunt's offer in compromise, wherein the Court ordered the Parties to provide the Court a status on or before 120 days from the entry of the Order, which was September 10, 2014.

5. On September 11, 2014, the Court entered an order upon a stipulation of the Parties to stay the case an additional 120 days pending continued resolution of Blunt's offer in compromise, wherein the Court ordered the Parties to provide the Court a status on or before 120 days from the entry of the Order, which falls on January 9, 2015.

6. On January 12, 2015, the Court entered an order upon a stipulation of the Parties to stay the case an additional 120 days pending continued resolution of Blunt's offer in compromise, wherein the Court ordered the Parties to provide the Court a status on or before 120 days from the entry of the Order, which falls on May 12, 2015. Accordingly, the Parties are submitting their fourth request for a stay.

7. Currently, the IRS is still evaluating the offer in compromise.

8. Ms. Clayton, counsel for the United States, has discussed the status of the offer in compromise with Mr. Leighton R. Koehler, separate counsel also representing Mr. Blunt as well as an entity involved in the offer in compromise. In addition, Ms. Clayton has discussed the status of the offer in compromise with the IRS specialist assigned to evaluate the offer.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11637-005 2603878_1 9/8/2015 11:10 AM
13083767.1

9. Based on the conversations referenced in the immediately preceding paragraph, the Parties understand that the IRS specialist assigned to evaluate the offer in compromise is actively reviewing the contents of the offer and intends to make a recommendation no later than October 31, 2015.

10. Thereafter, DOJ will evaluate the offer in light of the recommendation made by the IRS specialist. The Parties understand that acceptance of the offer as to Mr. Blunt requires DOJ's approval, due to this pending litigation.

11. Accordingly, the Parties wish to continue pursuing the offer in compromise and to avoid any unnecessary litigation.

12. Accordingly, the Parties wish to stay this case, including all discovery and litigation, and all pending deadlines for an additional one hundred and twenty (120) days from entry of this order, pending resolution of Blunt's offer in compromise.

13. Good cause exists for the stay to prevent the time and expense to the Parties of continuing litigation that may be rendered moot by resolution of the offer in compromise.

14. On or before the expiration of one hundred and twenty (120) days from entry of this order, the Parties will notify the Court of the status of the offer in compromise and present a proposed amended scheduling order or alternative proposal for the Court's consideration.

**IT IS SO STIPULATED.**

Dated this 8th day of September, 2015

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
   TERRY A. COFFING, ESQ.
   Nevada Bar No. 4949
   CANDICE E. RENKA, ESQ.
   Nevada Bar No. 11447
   10001 Park Run Drive
   Las Vegas, NV  89145
   *Attorneys for Don Jay Blunt*

Dated this 8th day of September, 2015

**US DEPARTMENT OF JUSTICE**

By: */s/ Lindsay L. Clayton, Esq.*
   LINDSAY L. CLAYTON, ESQ.
   Trial Attorney, Tax Division
   P.O. Box 683, Ben Franklin Station
   Washington, D.C. 20044-0683
   *Attorney for United States of America*

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11637-005 2603878_1 9/8/2015 11:10 AM
13083767.1

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  Dated this 8th day of September, 2015

2  **CHRISTOPHER G. GELLNER, P.C.**

3

4  By: */s/ Christopher G. Gellner, Esq.*
   CHRISTOPHER G. GELLNER, ESQ.
   Nevada Bar No. 2556
5  528 South Casino Center Blvd.
   Third Floor
6  Las Vegas, NV  89101
   *Attorney for, Jennifer Diane Olivas aka*
7  *Jennifer Diane Pelligrino*

### ORDER

IT IS HEREBY ORDERED as follows:

1. This case, including all discovery and litigation, is stayed and all pending deadlines are extended until one hundred and twenty (120) days after entry of this Order;

2. No Parties may take any action in or in furtherance of this case, without leave of this Court, other than as related to Blunt's pending offer in compromise and resolution thereof; and

3. On or before the expiration of one hundred and twenty (120) days after entry of this order, the Parties will notify the Court of the status of the offer in compromise.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: September 8, 2015

Submitted by:

MARQUIS AURBACH COFFING

By: */s/ Candice E. Renka, Esq.*
TERRY A. COFFING, ESQ.
Nevada Bar No. 4949
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada  89145
*Attorneys for Don Jay Blunt*

MAC:11637-005 2603878_1 9/8/2015 11:10 AM
13083767.1