1  CAROLINE D. CIRAOLO
   Acting Assistant Attorney General
2
   LINDSAY L. CLAYTON
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683
   Washington, D.C. 20044-0683
5  Telephone:    (202) 307-2956
   Facsimile:    (202) 307-0054
6  lindsay.l.clayton@usdoj.gov

7  Of Counsel:
   DANIEL G. BOGDEN
8  United States Attorney

9  *Attorneys for the United States of America*

10              IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEVADA
11
   DON JAY BLUNT,                        )
12       Plaintiff,                      )    Civil No. 2:12-cv-02191-JAD-NJK
                                         )
13       v.                              )
                                         )    **JUDGMENT AGAINST DON JAY**
14 UNITED STATES OF AMERICA,             )    **BLUNT**
         Defendant.                      )
15 _____)
                                         )
16 UNITED STATES OF AMERICA,             )
         Counterclaim Plaintiff,         )
17                                       )
         v.                              )
18                                       )
   DON JAY BLUNT,                        )
19       Counterclaim Defendant,         )
                                         )
20       and                             )
                                         )
21 JENNIFER DIANE OLIVAS (aka            )
   JENNIFER DIANE PELLEGRINO)            )
22       Additional Counterclaim Defendant. )

23     Having read and considered the joint stipulation of the parties (Dkt. # 56 ), and for good

24 cause shown, it is hereby ORDERED that Don Jay Blunt shall take nothing by his Complaint

25 [Dkt. # 1], which is dismissed with prejudice.

                                          1

It is FURTHER ORDERED that judgment is entered in favor of the United States and against Don Jay Blunt on the United States' claims against him, contained in the United States' Second Amended Counterclaim [Dkt. # 27].

It is FURTHER ORDERED that Don Jay Blunt is indebted to the United States for the tax periods ended September 30, 2005, December 31, 2005, March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006, March 31, 2007, June 30 2007, September 30, 2007, December 31, 2007, March 31, 2008, June 30, 2008, September 30, 2008, December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, and December 31 2009 in the amount of $1,001,668.82 plus additional interest accruing from December 18, 2015 pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621.

It is FURTHER ORDERED that all claims by or against Don Jay Blunt are DISMISSED with prejudice, with each side to bear its own fees and costs.

IT IS SO ORDERED.

DATED: December 21, 2015

_____
THE HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE