# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-02191-JAD-NJK<br><br>ORDER GRANTING MOTION TO LIFT STAY AND AMEND SCHEDULING ORDER<br><br>(Docket No. 58) |

Pending before the Court is the United States' motion to lift the stay and amend the scheduling order. Docket No. 58. The Court has considered the United States' motion, Counter-Defendant Olivas' response, and the United States' reply. Docket Nos. 58, 61, 63.

For good cause shown, the Court **GRANTS** the United States' motion. Docket No. 58. The Court lifts the stay on the case that the Court originally imposed on May 13, 2014. The Court amends the scheduling order as follows:

　　　　Discovery Cut-Off Date: September 30, 2016.

　　　　Expert Disclosure Deadline: June 24, 2016.

　　　　Dispositive Motion Deadline: November 4, 2016.

　　　　Joint Pretrial Order Deadline: December 2, 2016. Pursuant to LR 26-1(e)(5), in the event dispositive motions are filed, this deadline shall be suspended until thirty days after decision of the dispositive motions or further order of the Court.

　　　　Interim Status Report: July 1, 2016.

. . . .

1 | All other terms and deadlines set forth in the scheduling order (Docket No. 33) which have not been
2 | modified by this order remain in effect.
3 |     IT IS SO ORDERED.
4 |     DATED: January 13, 2016.

                                                NANCY J. KOPPE
                                                United States Magistrate Judge