CAROLINE D. CIRAOLO
Acting Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone: (202) 353-1857
Facsimile: (202) 307-0054
boris.kukso@usdoj.gov

Of Counsel:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>    Defendant.<br>――――――――――――――――<br>UNITED STATES OF AMERICA,<br>    Counterclaim Plaintiff,<br><br>    v.<br><br>DON JAY BLUNT,<br>    Counterclaim Defendant,<br><br>    and<br><br>JENNIFER DIANE OLIVAS (aka<br>JENNIFER DIANE PELLEGRINO)<br>    Additional Counterclaim Defendant. | Civil No. 2:12-cv-02191-JAD-NJK<br><br>**STIPULATION FOR ENTRY OF JUDGMENT AGAINST JENNIFER DIANE OLIVAS (AKA PELLEGRINO)** |

1

Defendant and Counterclaim Plaintiff the United States of America, and Counterclaim Defendant Jennifer Diane Olivas (aka Jennifer Diane Pellegrino), hereby agree and stipulate as follows

1. During the periods set forth below in paragraph 2 below, Olivas was responsible for collecting, truthfully accounting for and paying over to the United States the income and FICA taxes withheld from wages paid to employees of Nevada Fire Protection, Inc., a Nevada Corporation ("NFP").

2. On or about June 4, 2012, a delegate of the Secretary of Treasury made assessments of liabilities arising under 26 U.S.C. §6672 against Olivas for her willful failure to collect, truthfully account for, and pay over the withheld income and FICA taxes of NFP for the tax periods and in the amounts specified below:

| Tax Period | Amount Assessed |
|---|---|
| September 30, 2005 | $ 65,463.21 |
| December 31, 2005 | $ 52,346.71 |
| March 31, 2006 | $ 52,954.21 |
| June 30, 2006 | $ 65,228.15 |
| September 30, 2006 | $ 75,011.25 |
| December 31, 2006 | $ 91,464.66 |
| March 31, 2007 | $ 69,500.61 |
| June 30, 2007 | $ 111,256.23 |
| September 30, 2007 | $ 97,085.35 |
| December 31, 2007 | $ 98,320.88 |
| March 31, 2008 | $ 92,174.18 |
| June 30, 2008 | $ 96,711.04 |
| September 30, 2008 | $ 137,817.54 |
| December 31, 2008 | $ 188,080.61 |

| March 31, 2009 | $ 154,851.87 |
| June 30, 2009 | $ 134,977.21 |
| September 30, 2009 | $ 101,834.65 |
| December 31, 2009 | $ 78,520.90 |

3. As of March 1, 2016, there remains due and owing the sum of $815,809.48 on assessments listed in paragraph 2 above. Interest continues to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621.

4. Judgment shall be entered in favor of the United States on its Second Amended Counterclaim (ECF No. 27) against Olivas.

5. This resolves all the remaining issues between the United States and Olivas in this case. Each party will bear its own fees and costs.

Dated: February 22, 2016.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:   (202) 353-1857
Facsimile:   (202) 307-0054
Boris.kukso@usdoj.gov

Of Counsel:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

Dated: 4-1-16

CHRISTOPHER G. GELLNER, Esq.
Nevada Bar Number 002556
528 South Casino Center Boulevard, Suite 305
Las Vegas, Nevada 89101
(702) 386-9393
cggellner@gmail.com

*Attorney for Counterclaim Defendant Jennifer Diane Olivas (aka Jennifer Diane Pellegrino)*

3

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044-0683
Telephone:  (202) 353-1857
Facsimile:  (202) 307-0054
boris.kukso@usdoj.gov

Of Counsel:
DANIEL G. BOGDEN
United States Attorney

*Attorneys for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DON JAY BLUNT,<br>　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Defendant.<br>────────────────────────<br>UNITED STATES OF AMERICA,<br>　　Counterclaim Plaintiff,<br><br>　　　v.<br><br>DON JAY BLUNT,<br>　　Counterclaim Defendant,<br><br>　　　and<br><br>JENNIFER DIANE OLIVAS (aka<br>JENNIFER DIANE PELLEGRINO)<br>　　Additional Counterclaim Defendant. | Civil No. 2:12-cv-02191-JAD-NJK<br><br>**JUDGMENT AGAINST JENNIFER DIANE OLIVAS (AKA PELLEGRINO)** |

1

Pursuant to the Stipulation between the United States of America and Jennifer Diane Olivas (aka Jennifer Diane Pellegrino), and for good cause shown, JUDGMENT IS HEREBY ENTERED in favor of the United states and against Olivas on the United States' claims against her contained in the Second Amended Counterclaim (ECF No. 27).

It is FURTHER ORDERED that as of March 1, 2016, Olivas is indebted to the United States for tax assessments made against her pursuant to 26 U.S.C. § 6672 for tax periods specified in the Second Amended Counterclaim in the amount of $815,809.48, with interest continuing to accrue pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6621.

IT IS SO ORDERED.

DATED: April 4, 2016

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

2